IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-41186
_____

DON CONN,

                                    Plaintiff-Appellant,

versus

CITY OF WILLS POINT, TEXAS;
RICKY WILLIS, Chief of Police, Wills Point, TX;
BUTCH GIRDLEY, City Manager, Wills Point TX;
MIKE JONES, Wills Point City Councilman;
HERBERT DUNN, Wills Point City Councilman;
JIMMY BLASINGAME, Wills Point City Councilman;
MIKE JOYNER, Wills Point City Councilman;
RONNIE L. HUNT, Wills Point City Councilman,

                                    Defendants-Appellees.

_____

Appeal from the United States District Court
For the Eastern District of Texas
_____

(6:00-CV-148)
July 11, 2002

Before HIGGINBOTHAM, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.  *See* 5TH CIR. R. 47.6.

-------------------

        [*] Pursuant to 5th Cir. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5th Cir. R. 47.5.4.